Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00193-CR

**IN RE** Guillermo **RODRIGUEZ CASTANEDA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
Steven C. Hilbig, Justice
Marialyn Barnard, Justice

Delivered and Filed:  May 6, 2009

PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

On April 3, 2009, relator Guillermo Rodriguez Castaneda filed a petition for writ of mandamus, seeking to compel the trial court to enter a *nunc pro tunc* order modifying his judgment of conviction to reflect additional jail time credit. We requested a response from the respondent and the real party in interest. The Honorable Oscar J. Hale, Jr. filed a response, agreeing with relator that he is entitled to the additional jail credit he seeks. On April 27, 2009, the trial court signed an order granting the the additional jail credit and a "2nd Amended Judgment of Conviction by Court," awarding relator a total of 1194 days of jail credit. Therefore, the petition for writ of mandamus is now moot.

---

[1] This proceeding arises out of Cause No. 2005-CRS-000494-D4, styled *State of Texas v.Guillermo Castaneda Rodriguez*, filed in the 406th Judicial District Court, Webb County, Texas, the Honorable Oscar J. Hale presiding.

Accordingly, we DENY the petition for writ of mandamus as MOOT.

PER CURIAM

DO NOT PUBLISH